LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PINNACLE MINERALS CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>JERRY CARR WHITEHEAD; and JERRY C. WHITEHEAD, PLLC d/b/a WHITEHEAD & WHITEHEAD;<br><br>Defendants. | Case No.: 3:18-cv-00319-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JERRY C. WHITEHEAD, PLLC DBA WHITEHEAD & WHITEHEAD TO RESPOND TO COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiff Pinnacle Minerals Corporation, by and through its counsel of record, LEE, HERNANDEZ, LANDRUM & CARSON, APC, and Defendants Jerry C. Whitehead, PLLC d/b/a Whitehead & Whitehead and Jerry Carr Whitehead ("Defendants"), by and through their counsel of record, LIPSON NEILSON P.C., that the time for Defendants to file and serve a response to Plaintiff's Complaint be extended from July 31, 2018 and August 9, 2018, through and including August 14, 2018.

Pursuant to Local Rule 6-1(b), the parties state that the reason for the extension is that defense counsel requires more time to fully evaluate and respond to Plaintiff's Complaint.

\ \ \

<u>Pinnacle Minerals Corporation v. Jerry Carr Whitehead, et al.</u>
Case No. 3:18-cv-00319-MMD-VPC

The parties have entered into an agreement in good faith and not for purposes of delay. This is the parties' first request for an extension.

| DATED this 25th day of July, 2018. | DATED this 25th day of July, 2018. |
|---|---|
| LEE, HERNANDEZ, LANDRUM & CARLSON, APC | LIPSON NEILSON P.C. |
| /s/ Dirk W. Gaspar | /s/ Megan H. Hummel |
| By:_____ | By:_____ |
| David S. Lee, Esq.<br>Nevada Bar No. 6033<br>Natasha A. Landrum, Esq.<br>Nevada Bar No. 7414<br>Dirk W. Gaspar, Esq.<br>Nevada Bar No. 10046<br>7575 Vegas Drive, Suite 150<br>Las Vegas, NV 89128<br>(702) 880-9750<br>dlee@lee-lawfirm.com<br>nlandrum@lee-lawfirm.com<br>dgaspar@lee-lawfirm.com | Joseph P. Garin, Esq.<br>Nevada Bar No. 6653<br>Megan H. Hummel, Esq.<br>Nevada Bar No. 12404<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br>jgarin@lipsonneilson.com<br>mhummel@lipsonneilson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

### ORDER

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: _July 24_, 2018.

_____
UNITED STATES MAGISTRATE JUDGE