NATASHA A. LANDRUM, ESQ.
Nevada Bar No. 7414
DIRK W. GASPAR, ESQ.
Nevada Bar No. 10046
LEE, HERNANDEZ, LANDRUM
& CARLSON, APC
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax; (702) 314-1210
nlandrum@lee-lawfirm.com
dgaspar@lee-lawfirm.com
Attorneys for Plaintiff
PINNACLE MINERALS CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PINNACLE MINERALS CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>JERRY CARR WHITEHEAD; and JERRY C. WHITEHEAD, PLLC d/b/a WHITEHEAD & WHITEHEAD;<br><br>Defendants. | Case No.: 3:18-cv-00319-MMD-VPC |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF PINNACLE MINERALS TO RESPOND TO DEFENDANTS JERRY CARR WHITEHEAD AND JERRY C. WHITEHEAD PLLC dba WHITEHEAD & WHITEHEAD'S MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT PURSUANT TO NRS 38.229 AND NRS 41.660**
**(First Request)**

IT IS HEREBY STIPULATED by and between Plaintiff Pinnacle Minerals Corporation, by and through its counsel of record, LEE, HERNANDEZ, LANDRUM & CARLSON, APC, and Defendants Jerry C. Whitehead, PLLC dba Whitehead & Whitehead and Jerry Carr Whitehead ("Defendants"), by and through their counsel of record, LIPSON NEILSON P.C., that the time for Plaintiffs to respond to Defendants Jerry Carr Whitehead and Jerry C. Whitehead PLLC dba Whitehead & Whitehead's Motion to Dismiss, or Alternatively, Motion for Summary Judgment

1

LEE, HERNANDEZ, LANDRUM & CARLSON, APC
7575 VEGAS DR., SUITE 150
LAS VEGAS, NV 89128
(702) 880-9750

Pursuant to NRS 38.229 and NRS 41.660 ("the Motion") filed on August 14, 2018 be extended from August 28, 2018 to September 14, 2018.

Pursuant to Local Rule 6-1(b), the parties state that the reason for the extension is that plaintiff's counsel requires more time to fully evaluate and respond to Defendant's Motion.

The parties have entered into an agreement in good faith and not for purposes of delay. This is the parties' first request for an extension to respond to the Motion.

DATED this 24th day of August, 2018.                    DATED this 24th day of August, 2018.

**LEE, HERNANDEZ, LANDRUM & CARLSON, APC**                **LIPSON NEILSON P.C.**


By: */s/ Dirk W. Gaspar, Esq.*                           By: */s/ Megan H. Hummel, Esq.*
    NATASHA A. LANDRUM, ESQ.                          JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 7414                                Nevada Bar No. 6653
    DIRK W. GASPAR, ESQ.                               MEGAN H. HUMMEL, ESQ.
    Nevada Bar No. 10046                               Nevada Bar No. 12404
    7575 Vegas Drive, Suite 150                        9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89128                            Las Vegas, NV 89144
    Attorneys for Plaintiff                            Attorneys for Defendants
    PINNACLE MINERALS CORPORATION                      JERRY CARR WHITEHEAD and JERRY C. WHITEHEAD PLLC dba WHITEHEAD & WHITEHEAD

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefor:

IT IS SO ORDERED.

Dated this 24th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

2