LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PINNACLE MINERALS CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>JERRY CARR WHITEHEAD; and JERRY C. WHITEHEAD, PLLC d/b/a WHITEHEAD & WHITEHEAD;<br><br>Defendants. | Case No.: 3:18-cv-00319-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS JERRY CARR WHITEHEAD AND JERRY C. WHITEHEAD, PLLC DBA WHITEHEAD & WHITEHEAD TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT PURSUANT TO NRS 38.229 AND NRS 41.660**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiff Pinnacle Minerals Corporation, by and through its counsel of record, LEE, HERNANDEZ, LANDRUM & CARSON, APC, and Defendants Jerry C. Whitehead, PLLC d/b/a Whitehead & Whitehead and Jerry Carr Whitehead ("Defendants"), by and through their counsel of record, LIPSON NEILSON P.C., that the time for Defendants to file and serve a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, or Alternatively, Motion for Summary Judgment be extended from September 28, 2018 to October 19, 2018.

Pursuant to Local Rule 6-1(b), the parties state that the reason for the extension is that defense counsel requires more time to fully evaluate and respond to Plaintiff's Response.

The parties have entered into an agreement in good faith and not for purposes of delay. This is the parties' first request for an extension.

DATED this 20th day of September, 2018.   DATED this 20th day of September, 2018.

LEE, HERNANDEZ, LANDRUM & CARLSON, APC

/s/ Dirk W. Gaspar
By:_____
David S. Lee, Esq.
Nevada Bar No. 6033
Natasha A. Landrum, Esq.
Nevada Bar No. 7414
Dirk W. Gaspar, Esq.
Nevada Bar No. 10046
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
(702) 880-9750
dlee@lee-lawfirm.com
nlandrum@lee-lawfirm.com
dgaspar@lee-lawfirm.com

Attorneys for Plaintiff

LIPSON NEILSON P.C.

/s/ Megan H. Hummel
By:_____
Joseph P. Garin, Esq.
Nevada Bar No. 6653
Megan H. Hummel, Esq.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com

Attorneys for Defendants

## ORDER

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: September 24, 2018.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE